IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IWAPI, INC.,

        Movant/Plaintiff,

  v.

MSHIFT, INC.,

        Respondent/Defendant.

_____/

No. C 13-80131 RS

**ORDER**

This miscellaneous matter seeks to confirm an arbitration award entered in the International Court of Arbitration. While the pleadings are titled as a "motion" and the docket entry purports to set a briefing schedule, no notice of motion in conformance with Civil Local Rule 7 has been filed, and therefore no motion is presently pending.[1] Upon the filing of any notice of motion setting a hearing date on the Court's calendar, the briefing schedule set forth in the local rules will apply.

---

[1] Because the initial papers are prepared and filed prior to the assignment to a particular judge, it is understandable that those papers do not include a notice of motion setting a hearing date and time. Such a notice should be filed, however, once the matter is assigned.

1   IT IS SO ORDERED.

2   Dated: 7/2/13

3   _____
    RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE