IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IWAPI, INC., | No. C 13-80131 RS |
|         Movant/Plaintiff, | |
| v. | **ORDER** |
| MSHIFT, INC., | |
|         Respondent/Defendant. | |

This miscellaneous matter seeks to confirm an arbitration award entered in the International Court of Arbitration. While the pleadings are titled as a "motion" and the docket entry purports to set a briefing schedule, no notice of motion in conformance with Civil Local Rule 7 has been filed, and therefore no motion is presently pending.[1] Upon the filing of any notice of motion setting a hearing date on the Court's calendar, the briefing schedule set forth in the local rules will apply.

---

[1] Because the initial papers are prepared and filed prior to the assignment to a particular judge, it is understandable that those papers do not include a notice of motion setting a hearing date and time. Such a notice should be filed, however, once the matter is assigned.

1 IT IS SO ORDERED.

2 Dated: 7/2/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE